**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

EARLE GIOVANNIELLO

    v                                          Civil No.  3:09CV1409 (JBA)

ALM MEDIA HOLDINGS, INC.
ALM MEDIA, LLC

## **JUDGMENT**

This matter came on for consideration on defendants' motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 3, 2010, a Ruling entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 8th day of September, 2010.

                                                                               ROBIN D. TABORA, CLERK

                                                                               By_____/S/_____
                                                                                  Betty J. Torday
                                                                                   Deputy Clerk

EOD_____